# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PAMELA SAIA**                                                                 **PLAINTIFF**

v.                              No. 2:22-cv-169-DPM

**DOLGENCORP, LLC**                                                       **DEFENDANT**

## JUDGMENT

Saia's amended complaint is dismissed with prejudice. The Court retains jurisdiction until 7 June 2024 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

_____
4 April 2024